UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 12-9906 DSF (FMOx) | Date | 12/17/12 |
|---|---|---|---|
| Title | Robert Goldsboro v. Union Pacific Railroad, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed to this Court based on diversity jurisdiction. However, the citizenship of Defendant Anheuser-Busch, LLC is not adequately pleaded. See Not. of Removal ¶ 12; Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.